**Subject:** Re: Lorena Vasquez vs Joseph's Ventures
**From:** alex jivani (jivanialex@gmail.com)
**To:** diane_berkeandlubell@yahoo.com;
**Date:** Thursday, October 13, 2011 1:29 AM

HI Diane,

I hope you are Doing Great ! i am ok with the agreement its just that i am out of the country and don't have the papers with me to sign . i will send you the papers and a check By the 25th of this Month when i get back

Thanks for your patience

Alex

On Wed, Oct 12, 2011 at 3:53 PM, Diane Vasecka <diane_berkeandlubell@yahoo.com> wrote:
> Dear Mr. Jivani,
>
> What is the status of Settlement Agreement and when can our client expect her settlement funds?
>
> Thank you for your prompt attention to this matter.
>
> Very truly,
>
> Diane Vasecka
> Paralegal to Bill B. Berke
> Berke & Lubell, P.A.
> 1003 Del Prado Boulevard, Suite 300
> Cape Coral, Florida 33990
> Telephone (239) 549-6689 Ext 22
> Fax (239) 549-3331
>
> This electronic mail transmission may constitute a privileged attorney-client communication or privileged attorney work product. Any dissemination, copying or use of this e-mail by or to anyone other than the designated and intended recipient is unauthorized and shall not be deemed a waiver of any privilege. If you have received this e-mail in error, please delete it from your system and notify the sender immediately. Thank you!